# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Timothy J. Casner, | No. CV 03-363 PCT NVW (HCE) |
| Petitioner, | **ORDER** |
| vs. | |
| William Gaspar, et al., | |
| Respondents. | |

Before the Court are Petitioner's *pro se* Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 (doc. # 1), United States Magistrate Judge Hector C. Estrada's Report and Recommendation (doc. # 58), and Petitioner's Motion of Objection to Report and Recommendation (doc. # 62). Also before the Court are Respondents' Motion to Dismiss (doc. # 41), and Petitioner's Response to the Motion to Dismiss (doc. # 56).

The Court has considered Petitioner's objections and reviewed the Report and Recommendation de novo. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (stating that the Court must make a de novo determination of those portions of the Report and Recommendation to which specific objections are made). The Court agrees with the magistrate judge's determinations, accepts his recommended decision within the meaning of Rule 72(b), Fed. R. Civ. P., and overrules Petitioner's objections. *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

IT IS THEREFORE ORDERED that the Report and Recommendation of Magistrate Judge Hector C. Estrada (doc. # 58) is accepted.

IT IS FURTHER ORDERED that Respondents' Motion to Dismiss (doc. # 41) is denied as moot.

IT IS FURTHER ORDERED that Petitioner's *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (doc. #1) is denied and dismissed with prejudice.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment accordingly and terminate this action.

DATED this 13th day of March 2006.

_____
Neil V. Wake
United States District Judge